UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF CEASAR STINSON
and CHIPO K. SAMVURA,

Plaintiffs,

Civil Action No. 2:21-cv-01046

v.

MILWAUKEE COUNTY,
JOEL STREICHER and
WISCONSIN COUNTY MUTUAL
INSURANCE CORPORATION,

Defendants.

---

**INTERIM SETTLEMENT REPORT**

---

NOW COME THE PARTIES through undersigned counsel, and jointly submit this interim settlement report pursuant to this Court's Scheduling Order dated October 29, 2021 (Dkt 25).

Counsel for the parties have met and conferred on several occasions, including most recently on May 27, 2022. The parties are engaged in ongoing discovery, including several depositions, relevant to issues of damages and that any further discussions of settlement needs to await the completion of that discovery.

Respectfully submitted this 21st day of June, 2022.

GINGRAS, THOMSEN & WACHS LLP

s/ Mark L. Thomsen
Mark L. Thomsen
State Bar No. 1018839

219 N. Milwaukee St., Suite 520
Milwaukee, WI 53202
Phone: 414-935-5482
Facsimile: 414-763-6413
mthomsen@gtwlawyers.com

*Attorneys for Plaintiffs*

HANSEN REYNOLDS LLC

s/Andrew A. Jones
Andrew A. Jones
State Bar No. 1023074

301 N. Broadway St Ste 400
Milwaukee, WI 53202-2660
Phone: 414-455-7676
Facsimile: 414-273-8476
Email: ajones@hansenreynolds.com

*Attorneys for Defendants Milwaukee County And Wisconsin County Mutual Insurance*

GRADY, HAYES & NEARY, LLC

s/ Thomas J. Donnelly
Thomas J. Donnelly
State Bar No. 1020867

N14 W23777 Stone Ridge Dr
Suite 200
Waukesha, WI 53188
Phone: 262-347-2001
Facsimile: 262-347-2205
Email: tjd@ghnlawyers.com

*Attorneys for Defendant Joel R. Streicher*