UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

ESTATE OF CEASAR STINSON and
CHIPO SAMVURA,

    Plaintiffs,

v.

                                 Case No. 21-CV-1046-JPS

MILWAUKEE COUNTY, *et al.*,

    Defendants.
_____

## MOTION FOR PARTIAL SUMMARY JUDGMENT
_____

    Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Civil L. R. 56, and this Court's Trial Scheduling Order (ECF No. 25), defendants Milwaukee County, Wisconsin County Mutual Insurance Corporation, and Joel Streicher ("defendants"), hereby jointly move for summary judgment with respect to the sole remaining federal claim of plaintiffs, the Estate of Ceasar Stinson and Chipo Samvura ("plaintiffs") – Count I of the Complaint, brought by the Estate of Ceasar Stinson under the Fourteenth Amendment pursuant to 42 U.S.C. § 1983 – on the grounds that they are entitled to judgment as a matter of law based on the undisputed material facts of record.

    The grounds for this motion are set forth in full in the Agreed Statement of Facts With Respect to Motions for Summary Judgment, the declarations of Andrew Jones and Joel Streicher, and the memorandum of law filed contemporaneously herewith.

Dated at Milwaukee, Wisconsin this 1st day of July, 2022.

**HANSEN REYNOLDS LLC**

/s/ Andrew A. Jones
Andrew A. Jones
301 North Broadway, Suite 400
Milwaukee, Wisconsin 53202
(414) 455-7676 (phone)
(414) 273-8476 (fax)
ajones@hansenreynolds.com

*Attorneys for Defendants Milwaukee County and Wisconsin County Mutual Insurance Corporation*

**GRADY, HAYES & NEARY LLC**

/s/ Thomas J. Donnelly
Thomas J. Donnelly
N14 W23777 Stone Ridge Drive
Waukesha, Wisconsin 53188
(262) 347-2001 (phone)
(262) 347-2205 (fax)
tjd@ghnlawyers.com

*Attorneys for Defendant Joel Streicher*