UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

ESTATE OF CEASAR STINSON, *et al.*,

        Plaintiffs,

v.                                          Case No. 21-CV-1046-JPS

MILWAUKEE COUNTY, *et al*.,

        Defendants.
_____

## STIPULATION OF PARTIAL DISMISSAL
_____

      It is hereby stipulated, by and between the parties, through their undersigned counsel, that only plaintiffs' claims under state law (the Third, Fourth, Fifth and Sixth Claims for Relief as they relate to plaintiffs' claims under state law, as set forth in the Complaint (ECF No. 1-1)), may be dismissed pursuant to Fed. R. Civ. P. 41, with prejudice and without costs to any party. This dismissal shall not include any claims under federal law and any demand for damages arising from said claims, and all such claims are expressly excluded from this Stipulation and are expressly reserved and maintained by plaintiffs.

      Dated at Milwaukee, Wisconsin this 20th day of December, 2022.

                                                       **GINGRAS, THOMSEN & WACHS, LLP**
                                                       Attorneys for Plaintiffs

                                                       *Electronically signed by s/ Mark L. Thomsen*
                                                       Mark L. Thomsen
                                                       219 N. Milwaukee Street, Suite 520
                                                       Milwaukee, Wisconsin 53202
                                                       (414) 935-5482
                                                       mthomsen@gtwlawyers.com

**HANSEN REYNOLDS LLC**
Attorneys for Defendants Milwaukee County and
Wisconsin County Mutual Insurance Corporation

*Electronically signed by s/ Andrew A. Jones*
Andrew A. Jones
301 N. Broadway, Suite 400
Milwaukee, Wisconsin 53202
(414) 455-7676
ajones@hansenreynolds.com


**GRADY, HAYES & NEARY LLC**
Attorneys for Defendant Joel R. Streicher

*Electronically signed by s/Thomas J. Donnelly*
Thomas J. Donnelly
N14 W23777 Stone Ridge Drive
Waukesha, Wisconsin 53188
(262) 347-2001
tjd@ghnlawyers.com